AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hickey, Susan O. | 2. Court or Organization<br><br>U.S. District Court Western District of Arkansas | 3. Date of Report<br><br>05/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

101 South Jackson Avenue
Room 219
El Dorado, Arkansas 71730

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | State of Arkansas | $103,673.90 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Joseph Hickey, P.A. |
| 2. | 2011 | Bancorpsouth - Advisory Board Fees |
| 3. | 2011 | PMJ LLC - oil production |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Simmons First National Bank | Mortgage on office building in El Dorado, Arkansas | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  5-4 The Beach LLC | | None | L | U | | | | | |
| 2.  Six Siblings LLC | | None | K | U | | | | | |
| 3.  PMJ LLC | B | Distribution | J | U | | | | | |
| 4.  Joseph Hickey, P.A. | G | Distribution | L | U | | | | | |
| 5.  Office Building - Rental El Dorado, Arkansas | E | Rent | M | W | | | | | |
| 6.  Equitable Life Insurance Company Policy #1 (whole life) | B | Dividend | K | T | | | | | |
| 7.  Genworth Life Insurance Company Policy #1 (Y) | | None | | | | | | | |
| 8.  BancorpSouth checking account #1 | A | Interest | J | T | | | | | |
| 9.  Brokerage Account #3 | | | | | | | | | |
| 10.  - American Funds - Fundamental Investors Fund Class A | A | Dividend | | | | | | | |
| 11.  - American Funds - Growth Fund of America Class A | | None | | | | | | | |
| 12.  - American Funds - New World Fund Class A | | None | | | | | | | |
| 13.  - BancorpSouth, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 14.  - McDonald Corp Common Stock | A | Dividend | K | T | | | | | |
| 15.  - Murphy Oil Corp Common Stock | A | Dividend | | | | | | | |
| 16.  Profit Sharing Account #1 | | | | | | | | | |
| 17.  - American Funds - AMCAP Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds - American Balanced Funds Class A | C | Dividend | M | T | | | | | |
| 19. - American Funds - American High Income Trust Class A | E | Dividend | N | T | | | | | |
| 20. - American Funds - American Mutual Fund Class A | C | Dividend | M | T | Buy | 06/06/11 | J | | |
| 21. | | | | | Buy | 12/23/11 | J | | |
| 22. - American Funds - Bond Fund of America Class A | C | Dividend | M | T | | | | | |
| 23. - American Funds - Capital Income Builder Fund Class A | A | Dividend | K | T | | | | | |
| 24. - American Funds - Capital World Growth & Inc Fund Class A | A | Dividend | J | T | | | | | |
| 25. - American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 26. - American Funds - Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 27. - American Funds - Income Fund of America Class A | A | Dividend | K | T | Buy | 06/06/11 | J | | |
| 28. - American Funds - Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 29. - American Funds - New Economy Fund Class A | A | Dividend | K | T | | | | | |
| 30. - American Funds - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 31. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 32. - Equitiable Life Ins Co Policy #2 (whole life) | D | Dividend | M | T | | | | | |
| 33. Money Purchase Plan Account | | | | | | | | | |
| 34. - American Funds - AMCAP Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - American Funds - American Balanced Funds Class A | B | Dividend | L | T | | | | | |
| 36. - American Funds - American Mutual Fund Class A | B | Dividend | L | T | | | | | |
| 37. - American Funds - Bond Fund of America Class A | B | Dividend | K | T | | | | | |
| 38. - American Funds - Capital Income Builder Fund Class A | B | Dividend | L | T | | | | | |
| 39. - American Funds - Capital World Growth & Inc Fund Class A | A | Dividend | K | T | | | | | |
| 40. - American Funds - Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 41. - American Funds - Income Fund of America Fund Class A | B | Dividend | L | T | | | | | |
| 42. - American Funds - Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 43. - American Funds - New Economy Fund Class A | A | Dividend | K | T | | | | | |
| 44. - American Funds - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 45. Brokerage Account #7 | | | | | | | | | |
| 46. - American Funds - Fundamental Investors Fund A Class A | A | Dividend | J | T | | | | | |
| 47. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 48. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 49. Brokerage Account #8 | | | | | | | | | |
| 50. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |
| 51. Roth IRA Account #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 53. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 54. - American Funds - New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 55. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 56. Brokerage Account #4 (IRA Beneficiary) | | | | | | | | | |
| 57. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |
| 58. BancorpSouth Savings account #1 | A | Interest | J | T | | | | | |
| 59. Brokerage Account #5 | | | | | | | | | |
| 60. - American Funds - Fundamental Investors Class A | A | Dividend | J | T | | | | | |
| 61. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 62. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 63. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |
| 64. Roth IRA Account #2 | | | | | | | | | |
| 65. - American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 66. - American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 67. - American Funds - New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 68. - American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brokerage Account #6 (IRA Beneficiary) | | | | | | | | | |
| 70. - Murphy Oil Corp Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 05/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Liabilities. The value code listed in Part VI is the pro rata portion of the joint and several liability.

Part VII: Investments and Trusts. The assets listed on Lines 10, 11 and 12 are listed on Lines 46, 47 and 48.

Part VII: Investments and Trusts. The asset listed on line 15 is listed on lines 50 and 63.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan O. Hickey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544